UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LOREN L. LEISER,

        Plaintiff,

      v.                                Case No. 20-cv-0123-bhl

KIRA LABBY, et al.,

        Defendants.

## DECISION AND ORDER

      Plaintiff Loren Leiser is representing himself in this 42 U.S.C. §1983 action. On December 16, 2020, Defendants Lynnae Sievert and Kim Mangin moved for summary judgment. Dkt. No. 47. They filed an amended motion for summary judgment two days later. Dkt. No. 53. On January 26, 2021, at Leiser's request, the Court extended Leiser's response deadline to February 8, 2021. Rather than responding to the motions, Leiser filed a motion to dismiss Sievert and Mangin as defendants. The Court will grant his motion.

      **IT IS THEREFORE ORDERED** that Leiser's motion to dismiss Sievert and Mangin (Dkt. No. 63) is **GRANTED**. Sievert and Mangin are **DISMISSED** as defendants.

      **IT IS FURTHER ORDERED** that Sievert and Mangin's motion for summary judgment and amended motion for summary judgment (Dkt. Nos. 47, 53) are **DENIED as moot**.

      Dated at Milwaukee, Wisconsin this 10th day of February, 2021.

                                    BY THE COURT:

                                    s/ *Brett H. Ludwig*
                                    BRETT H. LUDWIG
                                    United States District Judge